# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RONALD CHAVIS,  : No. 94 EM 2016

        Petitioner  :

        v.  :

COMMONWEALTH OF PENNSYLVANIA,  :

        Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Application for Extraordinary Relief Pursuant to King's Bench Powers is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.